**3**

GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for LORIS L. BAKKEN,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>MANNY TOLEDO,<br><br>Debtor. | Case No. 26-20837<br>Chapter 7<br><br>DCN: KMT-2<br><br>**MOTION TO KEEP CASE OPEN**<br><br>Judge: Hon. Christopher D. Jaime<br>Date: April 7, 2026<br>Time: 11:00 a.m.<br>Dept.: B, Crtrm 32, 6th Floor<br>501 I Street<br>Sacramento, CA 95814 |

LORIS L. BAKKEN ("Trustee"), in her capacity as the Chapter 7 Trustee for the bankruptcy estate of MANNY TOLEDO ("Debtor"), hereby moves to keep the case open as the Trustee has discovered significant potential assets she may be able to administer for the benefit of the estate and creditors.

1. On or about February 18, 2026, the Debtor commenced the above-captioned bankruptcy case by the filing of a voluntary Chapter 7 petition. The Trustee is the duly appointed Chapter 7 trustee.

2. The filing of the bankruptcy case by the Debtor was through a skeletal petition, without any schedules or other documents. As such, on or about February 19, 2026, a Notice of Incomplete Filing was entered. The Notice required that documents be filed no later than March 4, 2026.

3. On or about February 23, 2026, a Notice of Incomplete Filing or Filing of Outdated Forms and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed was entered. The Notice provided that the case would automatically be dismissed if required documents were not filed.

4. Through the Trustee's investigation and information provided by a creditor, the Trustee has learned that the Debtor may have an interest in various real properties with significant equity. In a Sacramento Superior Court case filed as Case No. 24CV021492 ("State Court Case"), documents were filed identifying the Debtor's interest in the following real properties and identified equity as: (a) 2960 Northgate Blvd., Sacramento, CA with potential equity of $160,000; (b) 2563 Grove Avenue, Sacramento, CA with potential equity of $194,000; (c) 3028 Sparrow Drive, Sacramento, CA with potential equity of $222,500; (d) 1953 11th Ave., Olivehurst, CA with potential equity of $150,000; (e) 1959 11th Ave., Olivehurst, CA with potential equity of $200,000; and (f) 4429 Ardmore Ave., Olivehurst, CA with potential equity of $94,000.

5. On or about March 3, 2026, the Trustee also caused an asset report to be generated. That asset report identified the Debtor's interest in various real properties, including the real properties identified in the State Court Case.

6. A 341 meeting of creditors is scheduled for March 25, 2026.

7. As a result of the Trustee's investigation, the Trustee believes it is in the best interest of creditors to keep this case open because it appears there are significant assets to administer for the estate.

8. If the Debtor fails to file the schedules on or before the date of the Section 341 Meeting of Creditors, the Trustee intends to file a motion requesting that this Court order the Debtor to file the schedules and other necessary documents, and if the Debtor fails to do so, authorize the Trustee to obtain the Debtor's credit report, and to file schedules on his behalf.

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Trustee requests that her motion be granted and for such other and further relief as the Court deems necessary and proper.

DATED: March 4, 2026

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: ______________________________
Gabriel P. Herrera
Attorneys for LORIS L. BAKKEN,
Chapter 7 Trustee