United States Bankruptcy Court
Eastern District of California

In re:
Manny Toledo
Debtor

Case No. 26-20837-B
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0972-2
User: admin
Page 1 of 1
Date Rcvd: May 12, 2026
Form ID: L144
Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Manny Toledo, 3028 Sparrow Drive, Sacramento, CA 95834-2609 |
| aty | + | Patrick Riazi, Law Office of Patrick Riazi, 2999 Douglas Blvd., 180, Roseville, CA 95661-4219 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026 Signature: /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

# NOTICE OF INTENT TO CLOSE CHAPTER 7 CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE

**Case Number:** 26–20837 – S – B – 7

**Debtor Name(s) and Address(es):**

Manny Toledo
3028 Sparrow Drive
Sacramento, CA 95834

Under the Federal Rules of Bankruptcy Procedure, the Clerk of the Court may close a chapter 7 case without entry of a discharge if a Financial Management Course Certificate, is not filed by the debtor(s) within 60 days after the date first set for the meeting of creditors under § 341 of the Bankruptcy Code, and the case is otherwise eligible for closing. Forty–five (45) days have now passed since the date first set for the meeting of creditors in this case and a Financial Management Course Certificate has not been filed by the debtor(s).

**NOTICE IS HEREBY GIVEN THAT** this case may be closed without entry of a discharge unless a Financial Management Court Certificate, or a motion for extension of time to file a Financial Management Court Certificate, is filed **with the Clerk at the address shown above** on or before 05/26/2026. Once the case is closed without entry of a discharge, obtaining a discharge will require the filing of a Financial Management Course Certificate, together with a motion to reopen the case and payment of a reopening fee (currently $260.00 in a chapter 7 case).

As of December 1, 2024, Form 423 will no longer be accepted in lieu of the certificate of course completion.

Dated: 5/12/26

Scott Yach
Clerk of Court