GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for LORIS L. BAKKEN,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>MANNY TOLEDO,<br><br>Debtor. | Case No. 26-20837<br>Chapter 7<br><br>DCN: KMT-4<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINES TO OBJECT TO DISCHARGE** |

**TO: THE DEBTORS AND THEIR ATTORNEYS OF RECORD, CHAPTER 7 TRUSTEE, U.S. TRUSTEE, AND ALL CREDITORS AND PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 28, 2026, the US Bankruptcy Court for the Eastern District of California, entered on the docket (Doc 47) an Order Approving Stipulation to Extend Deadlines to Object to Discharge. A true and correct copy of said Order is attached hereto and incorporated by reference herein as **Exhibit 1**.

DATED: August 3, 2026

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: ______________________
Gabriel P. Herrera
Attorneys for LORIS L. BAKKEN,
Chapter 7 Trustee

EXHIBIT 1

**4**

GABRIEL P. HERRERA, State Bar No. 287093
*gherrera@kmtg.com*
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for LORIS L. BAKKEN,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>MANNY TOLEDO,<br><br>Debtor. | Case No. 26-20837<br>Chapter 7<br><br>DCN: KMT-4<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINES TO OBJECT TO DISCHARGE** |

Upon consideration of the stipulation of LORIS L. BAKKEN ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of MANNY TOLEDO ("Debtor"), and the Debtor, and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The stipulation in the form attached hereto as **Exhibit A** is approved.

2. The deadlines to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 and to dismiss the case under 11 U.S.C. § 707(b) is extended through August 31, 2026, for the Chapter 7 and United States trustees.

**Dated:** July 28, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

# Exhibit A

2

GABRIEL P. HERRERA, State Bar No. 287093
gherrera@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
1331 Garden Hwy, 2nd Floor
Sacramento, California 95833
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for LORIS L. BAKKEN,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| In re<br><br>MANNY TOLEDO,<br><br>Debtor. | Case No. 26-20837<br>Chapter 7<br><br>DCN: KMT-4<br><br>**STIPULATION TO EXTEND DEADLINES TO OBJECT TO DISCHARGE** |

LORIS L. BAKKEN ("Trustee"), in her capacity as the Chapter 7 trustee for the bankruptcy estate of MANNY TOLEDO ("Debtor"), and the Debtor, by and through their counsel of record, for their stipulation recite as follows:

1. On February 18, 2026, the above-captioned bankruptcy case was commenced by the filing of a voluntary Chapter 7 petition. The Trustee is the duly appointed Chapter 7 trustee for the Debtor's bankruptcy estate.

2. The initial 341 meeting of creditors was scheduled for March 25, 2026, setting the deadline to object to the Debtor's discharge under 11 U.S.C. § 727 and to dismiss the case under 11 U.S.C. § 707(b) as May 26, 2026.

3. Through a stipulation and order, the discharge deadline was continued to July 27, 2026.

4. The 341 meeting of creditors has not concluded and the meeting has been

continued to July 31, 2026. Given that the meeting of creditors has not concluded and additional issues remain in the case, including the need to file schedules and the Debtor's attendance at a 341, the Trustee has requested that the discharge deadline be extended.

**WHEREFORE,** the parties stipulate as follows that the deadlines to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. § 727 and to dismiss the case under 11 U.S.C. § 707(b) is extended through August 31, 2026.

DATED: July 27, 2026

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: ______________________
Gabriel P. Herrera
Attorneys for LORIS L. BAKKEN,
Chapter 7 Trustee

DATED: July 27, 2026

LAW OFFICE OF PATRICK RIAZI

By: ______________________
Patrick Riazi
Attorneys for Debtor,
MANNY TOLEDO