PATRICK RIAZI, SB# 224017
LAW OFFICE OF PATRICK RIAZI
2999 Douglas Blvd., Suite 180
Roseville, California 95661
Telephone: (916) 492-6006
Facsimile: (916) 492-6016

Attorney for Debtor
MANNY TOLEDO

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In<br><br>MANNY TOLEDO<br><br><br><br><br><br><br><br><br>Debtor | Case Number: 2026-20837<br><br>Docket Control No. PR-1<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD WITH INCORPORATED MEMORANDUM<br><br>Date: September 15, 2026<br>Time: 11:00 a.m.<br>Place: 501 I Street, 6th Floor<br>Department B/Courtroom 32<br>Sacramento, CA 95814 |

I.

Patrick Riazi is counsel for the Debtor, Manny Toledo, in the above-entitled Chapter 7 bankruptcy petition.

II.

The Debtor is not cooperating with Counsel in providing the necessary information and authentic documents needed to proceed with the Debtor's bankruptcy case. Debtor has not communicated with counsel, despite counsel's efforts, to resolve these issues. Debtor has not appeared for more than one creditor's meeting.

This Chapter 7 skeleton petition was filed on February 18, 2026. The Debtor provided Counsel with a few additional documents but did not provide sufficient documentation to complete the schedules.

There have been approximately seven creditor meetings thus far in the case with the Debtor appearing at only one of these meetings.

Despite Counsel's repeated requests for documents to complete the schedules and to stress the importance of appearing at the creditor meetings, the Debtor has failed to respond. The last communication via text message was on June 24, 2026. Counsel sent Debtor emails on May 14, 2026, May 22, 2026, June 30, 2026 and July 30, 2026, requesting documents. The Debtor did not respond to any of these emails nor did the Debtor send any of the requested documents.

Counsel telephoned the Debtor on more than one occasion during this period and no calls were returned.

Counsel suggests that under these circumstances, he is unable to represent the Debtor, and therefore, Patrick Riazi moves to withdraw as counsel of record in the above-entitled case and no longer be sent further notices from the court.

III.

Counsel respectfully requests that this Motion to Withdraw as Counsel of Record for the Debtor be granted

Respectfully submitted,

Dated: August 27, 2026 /s/
**PATRICK RIAZI**