PATRICK RIAZI, SB# 224017
LAW OFFICE OF PATRICK RIAZI
2999 Douglas Blvd., Suite 180
Roseville, California 95661
Telephone: (916) 492-6006
Facsimile: (916) 492-6016

Attorney for Debtor
MANNY TOLEDO

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In<br><br>MANNY TOLEDO<br><br>Debtor | Case Number: 2026-20837<br><br>Docket Control No. PR-1<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL OF RECORD<br><br>Date: September 15, 2026<br>Time: 11:00 a.m.<br>Place: 501 I Street, 6th Floor<br>Department B/Courtroom 32<br>Sacramento, CA 95814 |

PLEASE TAKE NOTICE that on September 15, 2026, at 11:00 a.m. or as soon thereafter as counsel may be heard in Department B, before the Honorable Christopher D. Jaime of the United States Bankruptcy Court located on 501 I Street, 6th Floor, Courtroom 32, Sacramento, California, Attorney for debtor will move the Court to Withdraw as Counsel of Record.

Said motion will be based on this Notice, the Motion attached hereto and upon all of the papers and records on file herein.

Pursuant to Local Rule 9014-1, Attorney has provided parties with 14 days notice of this Motion. If you do not want the Court to grant the relief sought in this Motion, or if you want the

Court to consider your view on the Motion, then you need only to appear at the hearing scheduled to be held on September 15, 2026, at 11:00 a.m.:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
501 I Street, 6th Floor
Sacramento, California 95814

If you do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion.

Dated: August 27, 2026

/s/
**PATRICK RIAZI**
Attorney for Debtor