**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Manny Toledo

**Case No.:** 26-20837 - B - 7
**Docket Control No.** KMT-2
**Date:** 09/01/2026
**Time:** 11:00 AM

**Matter:** [13] - Motion/Application to Keep Case Open. [KMT-2] Filed by Trustee Loris L Bakken (vrof)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**

**Respondent(s):**

---

**CIVIL MINUTES**

STATUS HEARING RE MOTION CONTINUED TO 11/10/2026 at 11:00 AM at Sacramento Courtroom 32, Department B

**The court will issue an order.**