**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Manny Toledo

**Case No.:** 26-20837 - B - 7

**Docket Control No.** PR-1

**Date:** 09/15/2026
**Time:** 11:00 AM

**Matter:** [50] - Motion/Application by Patrick Riazi to Withdraw as Attorney [PR-1] (smis)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**

**Respondent(s):**

---

**CIVIL MINUTES**

Motion Granted by order filed 9/9/26, dkt. 57.